UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE SOLANO-MORETA,

    Petitioner,

v.                                       Case No. 5:24cv103/TKW/MAL

WARDEN J. GABBY

    Respondent.
_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's §2241 habeas petition should be dismissed because his conviction cannot be challenged under that statute because the remedy provided by §2255 is not inadequate or ineffective to challenge the legality of his detention. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close

the case file.

**DONE and ORDERED** this 5th day of August, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**